UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSE RIDGEL III                                    CIVIL ACTION

VERSUS                                              NO. 16-14579 c/w 17-1164

UNITED STATES OF AMERICA                            MAGISTRATE JUDGE
                                                    JOSEPH C. WILKINSON, JR.

## ORDER OF DISMISSAL

The court having been advised by Patrick Eskew, counsel for plaintiffs in the captioned matters (by letter filed separately in the record), and Peter Mansfield, counsel for defendant, that Civil Action No. 16-14579 has been settled, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED** that Civil Action No. 16-14579 is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

Consolidated Civil Action No. 17-1164, Polk v. United States of America, remains pending and set for trial on January 25, 2018, as previously set. Record Doc. No. 21.

New Orleans, Louisiana, this ____2d____ day of August, 2017.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE